# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Milashia Powell | : | **ARBITRATION** |
| 1306 Spring Garden Street | : | |
| Philadelphia, PA 19123 | : | **CIVIL ACTION NO.** |
|   Plaintiff | : | |
| | : | |
|   v | : | |
| | : | |
| The Corner Bakery CBC Restaurant | : | |
| Corporation | : | |
| 13355 Noel Road, Suite 1645 | : | |
| Dallas, TX 75240 | : | |
| | : | |
|   and | : | |
| | : | |
| The Corner Bakery | : | |
| 3737 Market Street | : | |
| Philadelphia, PA 19123 | : | |
| | : | |
|     Defendants | : | |

_____

## EMPLOYMENT LAW
## VIOLATION OF TITLE VII OF THE 1964 CIVIL RIGHTS LAW, AS AMENDED

1. Milashia Powell is an individual citizen of Pennsylvania and Philadelphia, PA and currently resides at 1306 Spring Garden Street, Philadelphia, PA 19123.

2. The Corner Bakery is a corporation incorporated in Texas with its principal place of business and headquarters at 13355 Noel Road, Suite 1645, Dallas, TX 76240.

3. The Corner Bakery has at all times material had a store located at 3737 Market Street, Philadelphia, PA 19123.

4. The Corner Bakery is an employer within the meaning of Title VII, 29 U.S.C. §2000e of the United States Code and at all times material has had more that fifteen employees.

5. Paragraphs 1 through 4 are incorporated herein by reference.

1

6. This case is filed pursuant to 29 U.S.C. §2000e and the appropriate jurisdictional statutes.

**FACTS**

7. On at least seven different occasions from approximately October 2025 to February 2026, "James", a black male co-employee of the Defendant sexually harassed the Plaintiff, including touching Plaintiff on her private parts, asking if he could come over to her apartment, grabbing Plaintiff's throat and suggesting that Plaintiff and James engage in sex, especially orally.

8. Plaintiff complained to the Manager, "Marah", of the sexual harassment by James.

9. Plaintiff asked the manager to schedule Plaintiff so that Plaintiff need not work or have the same shift as her harasser.

10. The manager of the store informed Plaintiff that the manager could not guarantee that James would not be on the same shift with Plaintiff.

11. The harasser continued harassing the Plaintiff.

12. In February 2026, Plaintiff could not emotionally and/or physically work with her harasser.

13. In February 2026 Plaintiff both subjectively and objectively could not continue working on the same shift as her harasser and she was constructively discharged.

14. Paragraphs 1 through 13 are incorporated herein by reference.

15. The sexual harassment of Plaintiff by James constituted sexual harassment by James, a co-worker and agent of the Defendants and constituted a violation of Title VII of the Civil Rights Act.

16. The failure to assign the harasser to a different shift than the Plaintiff when the Plaintiff requested such a claim was also a violation of Title VII.

17. Compelling Plaintiff to work on the same shift as her harasser constituted a constructive discharge of Plaintiff as the Plaintiff resigned in order to escape intolerable and illegal employment requirements.

Wherefore, Plaintiff prays that this Honorable Court enter judgement against the Defendants and for the Plaintiff and award her the following damages:

a)  Back pay and front pay

b)  Compensatory damages

c)  Punitive damages in accordance with the law

d)  Costs

e)  Reasonable Attorney fees

06/21/2026                                          s/ Howard K. Trubman, Esq.
Date                                                Howard K. Trubman, Esq.
                                                    PA State Bar No. 24696
                                                    Attorney for Plaintiff
                                                    1650 Market Street, Suite 3637
                                                    Philadelphia, PA 19103
                                                    215-206-5306

3

## CERTIFICATE OF SERVICE

**I**, Howard K. Trubman, Esq., certify the foregoing document will be served by personal service on:

> The Corner Bakery
> 3737 Market Street
> Philadelphia, PA 19123

And by certified mail on:

> The Corner Bakery CBC Restaurant Corporation
> 13355 Noel Road, Suite 1645
> Dallas, TX 75240

06/21/2026
Date

s/ Howard K. Trubman, Esq.
Howard K. Trubman, Esq.
PA State Bar No. 24696
Attorney for Plaintiff
1650 Market Street, Suite 3637
Philadelphia, PA 19103
215-206-5306

4